PINILISHALPERN, LLP
William J. Pinilis (024721992)
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111/Fax: (973) 401-1114
Attorney for Plaintiff
File No.: 12204

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABIGAIL RATCHFORD, ARIANNY CELESTE LOPEZ, TARA LEIGH PATRICK a/k/a CARMEN ELECTRA, CORA SKINNER, DESSIE MITCHESON, HILLARY HEPNER, RACHEL KOREN, IRINA VORONINA, JESSICA BURCIAGA, JACLYN SWEDBERG, JOANNA KRUPA, JORDAN CARVER, KIMBERLY COZZENS, KRYSTAL HIPWELL, LINA POSADA, LUCY PINDER, ROSIE JONES, MASHA LUND, SANDRA VALENCIA, SARA UNDERWOOD, URSULA MAYES, DENISE MILANI, MELANIE IGLESIAS, RHIAN SUGDEN, CLAUDIA SAMPEDRO, PAOLA CANAS, AND TIFFANY TOTH GRAY, | Civil Action No.: 3:22-cv-01802-FLW-TJB <br><br> NOTICE AND MOTION FOR THE ENTRY OF DEFAULT JUDGMENT |
| Plaintiffs, | |
| v. | |
| FOXTAILS LOUNGE, | |
| Defendant. | |

PLEASE TAKE NOTICE that on Monday, February 21, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff in the above matter will move this Court for an Order for Default Judgment Against Defendant.

1

In support of the within application, Plaintiff will rely on the accompanying Brief in Support of Motion, Declaration of Stephen Chamberlin, and Declaration of William J. Pinilis.

### CERTIFICATION OF SERVICE

I hereby certify that simultaneous with the filing of the within Motion and supporting documents, I have caused to have copies of same served upon opposing counsel *via* New Jersey Lawyers Service:

Foxtails Lounge
Attn: Michael Winston, Owner
191 Westfield Avenue
Piscataway, New Jersey 08854

By: _____
William J. Pinilis

Date: January 27, 2023