PINILISHALPERN, LLP
William J. Pinilis (024721992)
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111/Fax: (973) 401-1114
Attorney for Plaintiff
File No.: 12204

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABIGAIL RATCHFORD, ARIANNY CELESTE LOPEZ, TARA LEIGH PATRICK a/k/a CARMEN ELECTRA, CORA SKINNER, DESSIE MITCHESON, HILLARY HEPNER, RACHEL KOREN, IRINA VORONINA, JESSICA BURCIAGA, JACLYN SWEDBERG, JOANNA KRUPA, JORDAN CARVER, KIMBERLY COZZENS, KRYSTAL HIPWELL, LINA POSADA, LUCY PINDER, ROSIE JONES, MASHA LUND, SANDRA VALENCIA, SARA UNDERWOOD, URSULA MAYES, DENISE MILANI, MELANIE IGLESIAS, RHIAN SUGDEN, CLAUDIA SAMPEDRO, PAOLA CANAS, AND TIFFANY TOTH GRAY, <br><br> Plaintiffs, <br><br> v. <br><br> FOXTAILS LOUNGE, <br><br> Defendant. | Civil Action No.: 3:22-cv-01802-FLW-TJB <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**SO ORDERED**

_____
Robert Kirsch, U.S.D.J.
Date: 2/27/24

PLEASE TAKE NOTICE that the above-entitled action is discontinued and the complaint dismissed without prejudice as to the Defendant.

By: _____
William J. Pinilis

Dated: February 23, 2024

1